UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

In re                                                        Chapter 11

JOHN DINASO & SONS INC.,                                     Case No. 14-41264(CEC)


                                   Debtor.

---------------------------------------------------------------x

# APPOINTMENT OF
# OFFICIAL COMMITTEE OF UNSECURED CREDITORS

      William K. Harrington, the United States Trustee for Region 2, under 11 U.S.C. §§ 1102(a) and (b), hereby appoints the following unsecured creditors who are willing to serve on the Official Committee of Unsecured Creditors of John Dinaso & Sons Inc.:

1.     BlueLinx Corporation
   4300 Wildwood Pkwy
   Atlanta, GA  30339-8401
   Tel. (770) 953-4983

2.     Continental Building Products LLC
   12018 Sunrise Valley Dr., suite 600
   Reston, VA.  20191
   Attn: Jim Pahl
   Tel. (703) 460-3926

3     Sherwood Lumber Corp.
   300 Corporate Plaza
   Islandia, NY 11749
   Tel. (631) 232-9191


Dated: New York, New York
       April 14, 2014

                                        Respectfully Submitted,

                                        WILLIAM K. HARRINGTON
                                        UNITED STATES TRUSTEE

                         By:    */s/ Marylou Martin*
                                 Marylou Martin (MM-9195)
                                 Trial Attorney
                                 201 Varick Street
                                 Room 1006
                                 New York, New York 10014
                                 Tel. No. (212) 510-0500