ROBINSON BROG LEINWAND
GREENE GENOVESE & GLUCK P.C.
Fred B. Ringel
Lori Schwartz
875 Third Avenue
New York, New York 10022
(212) 603-6300

*Proposed Attorneys for the Official
Committee of Unsecured Creditors*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re                                             :        Chapter 11
                                                  :
**John DiNaso & Sons Inc.,**                      :        Case No. 14-41264 (CEC)
                                                  :
                                                  :
                       Debtor.                    :
-----------------------------------------------------------x

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE, that the undersigned hereby appears for The Official Committee of Unsecured Creditors of John DiNaso & Sons Inc. (the "Committee), , by its counsel, Robinson Brog Leinwand Greene Genovese & Gluck P.C. appears in this matter pursuant to Bankruptcy Rules 2002 and 9010 and Sections 102(1), 342 and 1109(b) of the Bankruptcy Code and requests that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the following:

                                      ROBINSON BROG LEINWAND GREENE
                                      GENOVESE & GLUCK P.C.
                                      *Counsel for the Official Committee
                                      of Unsecured Creditors*

{00674154.DOC;1 }

875 Third Avenue, 9th Floor  
New York, New York 10022  
Tel: No.: 212-603-6300  
Attn: Fred B. Ringel, Esq. (fbr@robinsonbrog.com)  
Lori Schwartz, Esq. (ls@robinsonbrog.com)

and that they be added to the Master Service List in this case.

**PLEASE TAKE FURTHER NOTICE,** that pursuant to 11 U.S.C. Section 1109(b), this demand shall be broadly construed to include, by way of example and not by way of limitation, all notices and papers, including, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, telegraph, telex, fax, e-mail or otherwise, which affects, or purports to affect, the estate of the above named debtors or property of their estates.

**DATED:** New York, New York  
May 5, 2014

            **ROBINSON BROG LEINWAND GREENE**  
            **GENOVESE & GLUCK P.C.**  
            *Proposed Counsel for the Official Committee*  
            *of Unsecured Creditors*  
            875 Third Avenue, 9th Floor  
            New York, New York 10022  
            Tel: No.: 212-603-6300

            By: **/s/ Fred B. Ringel**  
                 **Fred B. Ringel**

**To:** (Via ECF)  
    Moneesh K Bakshi  
Rash & Bakshi  
45 Rockefeller Plaza

{00674154.DOC;1 }

Suite 2000
New York, NY 10111-2099
646-583-1615
Fax : 845-818-5331
Email: moneesh.bakshi@rashbakshi.com

**Marylou Martin**
Department of Justice
U.S. Trustee's Office for the EDNY
201 Varick Street
Suite 1006
New York, NY 10014
(212) 510-0500
Email: marylou.martin@usdoj.gov

## Certificate of Service

On May 5, 2014, I served a copy of the attached Notice of Appearance and Demand for Service of Papers upon the persons listed above via email delivery via this Court's ECF system.


　　　　　　　　　　　　　　　___/s/ Fred B. Ringel_____
　　　　　　　　　　　　　　　　　　Fred B. Ringel

{00674154.DOC;1 }