**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

In re: JOHN DINASO & SONS INC               § Case No. 1-14-41264-CEC
                                            §
                                            §
Debtor(s)                                   §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

GREGORY M. MESSER, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $715,720.00                Assets Exempt: N/A
*(without deducting any secured claims)*

Total Distribution to Claimants: $1,225,493.13    Claims Discharged
                                                  Without Payment: N/A

Total Expenses of Administration: $588,580.01

3) Total gross receipts of $ 1,814,073.14 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $1,814,073.14 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $17,062,956.96 | $2,538,976.04 | $1,185,493.13 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 680,892.09 | 657,744.43 | 588,580.01 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 2,197,943.74 | 596,594.59 | 40,000.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 0.00 | 4,185,018.96 | 4,049,623.14 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $24,126,811.75 | $7,842,938.20 | $1,814,073.14 |

4) This case was originally filed under Chapter 7 on March 19, 2014. The case was pending for 45 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/19/2018 _____ By: /s/GREGORY M. MESSER,TRUSTEE____
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Lots and Building 520 Industrial Loop, Staten Is | 1110-000 | 1,400,837.66 |
| Trade Accounts Receivables | 1121-000 | 2,589.29 |
| Office furnishings and equipment | 1129-000 | 15,443.75 |
| Inventory | 1129-000 | 10,000.00 |
| Turn over of bank account - Capital One | 1290-010 | 2,002.44 |
| ADVERSARY PROCEEDING AGAINST AMERICAN EXPRESS | 1241-000 | 55,000.00 |
| PENNSYLVANIA LUMBERMENS GRP INS CLAIM SETTLEMENT | 1249-000 | 65,000.00 |
| J&J DINASO BUILDING SUPPLY LITIGATION SETTLEMENT | 1249-000 | 259,700.00 |
| PATRICK BRANDEFINE ADVERSARY PROCEEDING | 1249-000 | 3,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$1,814,073.14** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2S | New York State Department of Taxation & Finance | 4110-000 | N/A | 832,090.57 | 0.00 | 0.00 |
| 2S-2 | New York State Department of Taxation & Finance | 4110-000 | N/A | 832,090.57 | 0.00 | 0.00 |
| 2S-3 | New York State Department of Taxation & Finance | 4110-000 | N/A | 832,090.57 | 0.00 | 0.00 |
| 2S-4 | New York State Department of Taxation & Finance | 4110-000 | N/A | 832,090.57 | 832,090.57 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 13 | Ford Motor Credit Company LLC | 4110-000 | N/A | 803.69 | 0.00 | 0.00 |
| 18 | InterGlobe Communications | 4110-000 | N/A | 2,777.30 | 0.00 | 0.00 |
| 32 | Santander Bank, NA | 4110-000 | N/A | 13,209,621.35 | 1,185,493.13 | 1,185,493.13 |
| 33 | Victory State Bank | 4110-000 | N/A | 521,392.34 | 521,392.34 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $17,062,956.96 | $2,538,976.04 | $1,185,493.13 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - GREGORY M. MESSER | 2100-000 | N/A | 77,672.19 | 61,031.43 | 52,483.89 |
| Trustee Expenses - GREGORY M. MESSER | 2200-000 | N/A | 158.95 | 158.95 | 136.69 |
| Other - ROBINSON BROG LEINWAND GREENE ET AL | 3210-000 | N/A | 309,229.00 | 309,229.00 | 265,921.05 |
| Other - ROBINSON BROG LEINWAND GREENE ET AL | 3220-000 | N/A | 15,430.93 | 15,430.93 | 13,269.81 |
| Other - BERKLEY RESEARCH GROUP | 3410-000 | N/A | 114,506.00 | 108,000.00 | 92,874.45 |
| Other - BERKLEY RESEARCH GROUP | 3420-000 | N/A | 2,304.95 | 2,304.05 | 2,304.05 |
| Other - RON RAIMONDO | 3510-000 | N/A | 42,000.00 | 42,000.00 | 42,000.00 |
| Other - RON RAIMONDO | 3520-000 | N/A | 2,185.00 | 2,185.00 | 2,185.00 |
| Auctioneer for Trustee Fees (including buyers premiums) - KOSTER INDUSTRIES | 3610-000 | N/A | 5,531.25 | 5,531.25 | 5,531.25 |
| Auctioneer for Trustee Expenses - KOSTER INDUSTRIES | 3620-000 | N/A | 4,000.00 | 4,000.00 | 4,000.00 |
| Other - LERNER ARNOLD & WINSTON | 3991-000 | N/A | 22,811.50 | 22,811.50 | 22,811.50 |
| Other - AFFILIATED ADJUSTMENT GROUP, LTD. | 3991-400 | N/A | 6,500.00 | 6,500.00 | 6,500.00 |
| U.S. Trustee Quarterly Fees - UNITED STATES TRUSTEE | 2950-000 | N/A | 325.00 | 325.00 | 325.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - CONSILIDATED EDISON COMPANY OF NY INC. | 2420-000 | N/A | 1,045.00 | 1,045.00 | 1,045.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - TRUSTEE INSURANCE AGENCY | 2420-750 | N/A | 585.00 | 585.00 | 585.00 |
| Other - CITRON ASSOCIATES | 2990-000 | N/A | 3,590.00 | 3,590.00 | 3,590.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - DAVID R. MALTZ & CO, INC. | 2420-000 | N/A | 588.01 | 588.01 | 588.01 |
| Other - CITRON ASSOCIATES | 2990-000 | N/A | 1,480.00 | 1,480.00 | 1,480.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 59.96 | 59.96 | 59.96 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - ALR ABSTRACT SERVICES, LLC | 2500-000 | N/A | 49,150.00 | 49,150.00 | 49,150.00 |
| Other - GREGORY MESSER, TRUSTEE | 2300-000 | N/A | 12.39 | 12.39 | 12.39 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 43.24 | 43.24 | 43.24 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 224.23 | 224.23 | 224.23 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 192.81 | 192.81 | 192.81 |
| Other - INTERNATIONAL SURETIES | 2300-000 | N/A | -2.05 | -2.05 | -2.05 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 57.35 | 57.35 | 57.35 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 55.35 | 55.35 | 55.35 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 61.00 | 61.00 | 61.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 59.00 | 59.00 | 59.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 55.11 | 55.11 | 55.11 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 129.29 | 129.29 | 129.29 |
| Other - AMERICAN EXPRESS/DATAMARK | 2990-000 | N/A | 3,013.40 | 3,013.40 | 3,013.40 |
| Other - BANK OF AMERICA-LEGAL ORDER PROCESSING | 2990-000 | N/A | 257.81 | 257.81 | 257.81 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 134.41 | 134.41 | 134.41 |
| Other - PRECISE COURT REPORTING SERVICES, INC. | 2990-000 | N/A | 2,036.90 | 2,036.90 | 2,036.90 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 126.59 | 126.59 | 126.59 |
| Other - METRO ATTORNEY SERVICE INC. | 2990-000 | N/A | 496.00 | 496.00 | 496.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 142.75 | 142.75 | 142.75 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 122.37 | 122.37 | 122.37 |
| Other - CAPSICUM GROUP, LLC | 2990-000 | N/A | 8,545.80 | 8,545.80 | 8,545.80 |
| Other - GREGORY MESSER, TRUSTEE | 2300-000 | N/A | 65.88 | 65.88 | 65.88 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 115.63 | 115.63 | 115.63 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 116.02 | 116.02 | 116.02 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 121.08 | 121.08 | 121.08 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 123.95 | 123.95 | 123.95 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 367.45 | 367.45 | 367.45 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 486.27 | 486.27 | 486.27 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 473.20 | 473.20 | 473.20 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 521.47 | 521.47 | 521.47 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 488.09 | 488.09 | 488.09 |
| Other - GREGORY MESSER, TRUSTEE | 2300-000 | N/A | 129.77 | 129.77 | 129.77 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 521.21 | 521.21 | 521.21 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 455.27 | 455.27 | 455.27 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - NEW YORK CITY DEPARTMENT OF FINANCE | 2820-000 | N/A | 175.00 | 175.00 | 175.00 |
| Other - NEW YORK STATE CORPORATION TAX | 2820-000 | N/A | 25.00 | 25.00 | 25.00 |
| Other - NEW YORK STATE CORPORATION TAX | 2820-000 | N/A | 25.00 | 25.00 | 25.00 |
| Other - NEW YORK CITY DEPT OF FINANCE | 2820-000 | N/A | 25.00 | 25.00 | 25.00 |
| Other - NEW YORK CITY DEPARTMENT OF FINANCE | 2820-000 | N/A | 25.00 | 25.00 | 25.00 |
| Other - NEW YORK STATE DEPARTMENT OF FINANCE | 2820-000 | N/A | 175.00 | 175.00 | 175.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 503.31 | 503.31 | 503.31 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 453.38 | 453.38 | 453.38 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 533.62 | 533.62 | 533.62 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$680,892.09** | **$657,744.43** | **$588,580.01** |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2P | New York State Department of Taxation & Finance | 5800-000 | N/A | 533,783.05 | 0.00 | 0.00 |
| 2P-2 | New York State Department of Taxation & Finance | 5800-000 | N/A | 533,783.05 | 0.00 | 0.00 |
| 2P-3 | New York State Department of Taxation & Finance | 5800-000 | N/A | 533,783.05 | 0.00 | 0.00 |
| 2P-4 | New York State Department of Taxation & Finance | 5800-000 | N/A | 533,783.05 | 533,783.05 | 35,788.67 |
| 11P | INTERNAL REVENUE SERVICE | 5800-000 | N/A | 1.92 | 1.92 | 0.13 |
| 27 | New York State Department of Finance | 5800-000 | N/A | 62,531.09 | 62,531.09 | 4,192.53 |
| 43 | New York State Department of Taxation & Finance | 5800-000 | N/A | 278.53 | 278.53 | 18.67 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$0.00** | **$2,197,943.74** | **$596,594.59** | **$40,000.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | PrimeSource Building Prod. Inc. | 7100-000 | N/A | 4,864.50 | 4,864.50 | 0.00 |
| 2U | New York State Department of Taxation & Finance | 7100-000 | N/A | 36,507.29 | 0.00 | 0.00 |
| 2U-2 | New York State Department of Taxation & Finance | 7100-000 | N/A | 36,507.29 | 0.00 | 0.00 |
| 2U-3 | New York State Department of Taxation & Finance | 7100-000 | N/A | 36,507.29 | 0.00 | 0.00 |
| 2U-4 | New York State Department of Taxation & Finance | 7100-000 | N/A | 36,507.29 | 36,507.29 | 0.00 |
| 3 | Public Service Electric and Gas Company | 7100-000 | N/A | 28,255.04 | 28,255.04 | 0.00 |
| 4 | KP Building Products | 7100-000 | N/A | 34,838.10 | 34,838.10 | 0.00 |
| 5 | Super Stud Building Products, Inc. | 7100-000 | N/A | 10,395.54 | 10,395.54 | 0.00 |
| 6 | NYS Department of Labor | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 7 | Consolidated Edison Company of New York, Inc. | 7100-000 | N/A | 3,717.71 | 0.00 | 0.00 |
| 7 -2 | Consolidated Edison Company of New York, Inc. | 7100-000 | N/A | 3,717.71 | 3,717.71 | 0.00 |
| 8 | Mid-State Lumber Corp. | 7100-000 | N/A | 130,915.83 | 130,915.83 | 0.00 |
| 9 | Supreme Skylight Inc. | 7100-000 | N/A | 10,054.28 | 10,054.28 | 0.00 |
| 10 | OEG Building Materials | 7100-000 | N/A | 42,696.54 | 42,696.54 | 0.00 |
| 11U | INTERNAL REVENUE SERVICE | 7100-000 | N/A | 7,176.43 | 7,176.43 | 0.00 |
| 12 | Continental Building Products LLC | 7100-000 | N/A | 495,765.58 | 495,765.58 | 0.00 |
| 14 | Jersey Central Power & Light | 7100-000 | N/A | 3,510.53 | 3,510.53 | 0.00 |
| 15 | Owens Corning Sales, LLC | 7100-000 | N/A | 321,590.20 | 321,590.20 | 0.00 |
| 16 | JPMorgan Chase Bank, N.A. | 7100-000 | N/A | 11,078.12 | 0.00 | 0.00 |
| 16 -2 | JPMorgan Chase Bank, N.A. | 7100-000 | N/A | 11,078.12 | 0.00 | 0.00 |
| 16 -3 | JPMorgan Chase Bank, N.A. | 7100-000 | N/A | 11,078.12 | 11,078.12 | 0.00 |
| 17 | Getzler Henrich & Associates | 7100-000 | N/A | 162,341.08 | 162,341.08 | 0.00 |
| 19 | Rucci Oil Company Inc | 7100-000 | N/A | 16,626.02 | 16,626.02 | 0.00 |
| 20 | Heartland Medical Services PC | 7100-000 | N/A | 615.00 | 615.00 | 0.00 |
| 21 | NYI Building Products Inc | 7100-000 | N/A | 11,981.64 | 11,981.64 | 0.00 |
| 22 | Sherwood Lumber Corp. | 7100-000 | N/A | 856,921.13 | 856,921.13 | 0.00 |
| 23 | H.M. Stauffer & Sons Inc. | 7100-000 | N/A | 18,479.46 | 18,479.46 | 0.00 |
| 24 | Alpha Laser Richmond Corp. | 7100-000 | N/A | 215.54 | 215.54 | 0.00 |
| 25 | Potter & LaMarca, LLP | 7100-000 | N/A | 59,364.73 | 59,364.73 | 0.00 |
| 26 | The Parts House | 7100-000 | N/A | 3,019.39 | 3,019.39 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 28 | American Express Travel Related Services | 7100-000 | N/A | 69,802.94 | 69,802.94 | 0.00 |
| 29 | Atlas Roofing Corporation | 7100-000 | N/A | 77,104.56 | 77,104.56 | 0.00 |
| 30 | American Express Bank, FSB | 7100-000 | N/A | 223,870.03 | 223,870.03 | 0.00 |
| 31 | Arthur Kill Association | 7100-000 | N/A | 8,000.00 | 8,000.00 | 0.00 |
| 34 | Victory State Bank | 7100-000 | N/A | 521,392.34 | 521,392.34 | 0.00 |
| 35 | MBA Building Supplies NE, Inc. | 7100-000 | N/A | 66,849.96 | 66,849.96 | 0.00 |
| 36 | Grabber Construction Products, Inc | 7200-000 | N/A | 34,234.48 | 34,234.48 | 0.00 |
| 37 | Garfunkel Wild, P.C. | 7200-000 | N/A | 18,988.12 | 18,988.12 | 0.00 |
| 38 | Praxair Distribution Inc | 7200-000 | N/A | 96.73 | 96.73 | 0.00 |
| 39 | Commissioners of The State Insurance Fund | 7200-000 | N/A | 58,864.98 | 58,864.98 | 0.00 |
| 40 | Rash & Bakshi | 7200-000 | N/A | 44,489.32 | 44,489.32 | 0.00 |
| 41 | American Express Bank, FSB | 7200-000 | N/A | 55,000.00 | 55,000.00 | 0.00 |
| 42 | William EPP | 7200-000 | N/A | 600,000.00 | 600,000.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $4,185,018.96 | $4,049,623.14 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 1-14-41264-CEC  
**Case Name:** JOHN DINASO & SONS INC  

**Period Ending:** 02/19/18

**Trustee:** (520670) GREGORY M. MESSER, TRUSTEE  
**Filed (f) or Converted (c):** 05/30/14 (c)  
**§341(a) Meeting Date:** 07/01/14  
**Claims Bar Date:** 10/22/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Lots and Building 520 Industrial Loop, Staten Is | 1,500,000.00 | 1,400,837.66 | | 1,400,837.66 | FA |
| 2  Operations and Payroll Checking Account | 25,720.00 | 25,720.00 | | 0.00 | FA |
| 3  Trade Accounts Receivables | 239,025.39 | 239,025.39 | | 2,589.29 | FA |
| 4  Delivery Trucks and related equipment  S.I., NY | 190,000.00 | 0.00 | | 0.00 | FA |
| 5  Office furnishings and equipment | 1,200.00 | 1,200.00 | | 15,443.75 | FA |
| 6  Inventory | 280,000.00 | 280,000.00 | | 10,000.00 | FA |
| 7  Turn over of bank account - Capital One  (u) | 2,002.44 | 2,002.44 | | 2,002.44 | FA |
| 8  Potential Avoidance Actions  (u)  Estate v. American Express  Estate v. Rash & Bakshi | 500,000.00 | 500,000.00 | | 0.00 | FA |
| 9  ADVERSARY PROCEEDING AGAINST AMERICAN EXPRESS  (u) | 55,000.00 | 55,000.00 | | 55,000.00 | FA |
| 10  PENNSYLVANIA LUMBERMENS GRP INS CLAIM SETTLEMENT  (u)  *State Court Litigation. | 65,000.00 | 65,000.00 | | 65,000.00 | FA |
| 11  FRAUDULENT CONVEYANCE ACTION AGAINST JOHN DINASO  (u) | 0.00 | 1,000,000.00 | | 0.00 | FA |
| 12  J&J DINASO BUILDING SUPPLY LITIGATION SETTLEMENT  (u) | 265,000.00 | 265,000.00 | | 259,700.00 | FA |
| 13  PATRICK BRANDEFINE ADVERSARY PROCEEDING  (u) | 3,500.00 | 3,500.00 | | 3,500.00 | FA |
| **13  Assets  Totals** (Excluding unknown values) | **$3,126,447.83** | **$3,837,285.49** | | **$1,814,073.14** | **$0.00** |

**Major Activities Affecting Case Closing:**

5/30/2014 - The case was converted to Chapter 7 and I was appointed Trustee on that date. Special Counsel being retained.

7/1/14 - The Trustee has opposed the motion to lift the stay made by Victory State Bank. I have retained the Law Office of Robinson Brog Leinwand and Green, et al. as Special Counsel to the Trustee and Berkeley Research Group, LLC as accountants to the Trustee.

The Trustee and his attorneys are investigating the possiblity of a number of fraudulent conveyance and preference actions against variouis parties including but not limited to corporations which may be owned by the principa of this debtor. The Trustee is marketing the sale of the real property located at 520 Industrial Loop, Staten Island, New York.

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 1-14-41264-CEC  **Trustee:** (520670) GREGORY M. MESSER, TRUSTEE
**Case Name:** JOHN DINASO & SONS INC  **Filed (f) or Converted (c):** 05/30/14 (c)
 **§341(a) Meeting Date:** 07/01/14
**Period Ending:** 02/19/18  **Claims Bar Date:** 10/22/14

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

It appears that it will be at least 3yrs before this case will be closed.

12/3/14 - Order signed by Court authorizing sale of all of the Debtor's real property.

1/10/15 - The Trustee has completed the sale of the property located at 520 Industrial Loop, Staten Island, New York for $1,400,837.66.

4/12/15 - The Trustee and his counsel are conducting an investigation into various potential claims against principals and other parties. Motions to be filed requesting 2004 examinations.

6/24/15 - Order granting Motion for 2004 examinations. The Trustee and his counsel are in the process of negotiating settlement with American Express. It is anticipated that the motion to approve that settlement will be brought on in the next 45 days.

2/10/16 - Hearing held on Application for compensation to Berkeley Research Group as accountant to Trustee.

3/3/16 - Order awarding interim compenstion to Berkeley Research Group.

3/11/16 - Pending settlement agreement between the Trustee and J&J Dinaso Building Supply Company Inc. and John DiNaso Jr.

3/18/16 - Trustee brought on an adversary proceeding against John Dinaso Sr to recover fraudulent conveyances. Pre-trial conference scheduled for 5/17/16.

3/28/16- Trustee negotiated a settlement agreement and release with Pennsylvania Lumbermans Mutual Insurance for the sum of $65,000.00.

4/22/16 - Pennsylvania Lumbermans Mutual settlement approved by the court.

7/23/16- Pending Adversary against John DiNaso Sr. in he individual capacity. Investigating finances of John DiNaso Sr. to determin wether it is cost effective to continue the adversary proceeding.

6/30/17- Reviewing claims and preparing fee applications for filing of the final report

8/15/17- Final report filed.

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 1-14-41264-CEC  **Trustee:** (520670)  GREGORY M. MESSER,TRUSTEE
**Case Name:** JOHN DINASO & SONS INC  **Filed (f) or Converted (c):** 05/30/14 (c)
                                        **§341(a) Meeting Date:** 07/01/14
**Period Ending:** 02/19/18  **Claims Bar Date:** 10/22/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** May 1, 2017       **Current Projected Date Of Final Report (TFR):** August 15, 2017 (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 1-14-41264-CEC  
**Case Name:** JOHN DINASO & SONS INC  

**Taxpayer ID #:** **-***6569  
**Period Ending:** 02/19/18  

**Trustee:** GREGORY M. MESSER, TRUSTEE (520670)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******9566 - Checking Account  
**Blanket Bond:** $47,747,648.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/04/14 | {7} | CAPITAL ONE BANK | TURN OVER OF BANK ACCOUNT | 1290-010 | 1,349.64 | | 1,349.64 |
| 06/04/14 | {7} | CAPITAL ONE BANK | TURN OVER OF BANK ACCOUNT | 1290-010 | 652.80 | | 2,002.44 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,992.44 |
| 07/15/14 | {3} | JEFFREY HL. GERNSTENBLATT, ESQ. | SETTLEMENT PAYMENT | 1121-000 | 1,586.70 | | 3,579.14 |
| 07/15/14 | {3} | JEFFREY H. GERSTENBLATT, ESQ. | RECEIVABLES | 1121-000 | 67.00 | | 3,646.14 |
| 07/15/14 | {3} | EASTERN ENGINEERRED WOOD PRODUCTS INC. | ACCOUNTS RECEIVABLES | 1121-000 | 20.16 | | 3,666.30 |
| 07/15/14 | {3} | STRAIGHTLINE COLLISION | ACCOUNTS RECEIVABLES | 1121-000 | 763.76 | | 4,430.06 |
| 07/15/14 | {3} | NEXGEN CONSTUCTION SERVICES CORP. | ACCOUNTS RECEIVABLES | 1121-000 | 45.40 | | 4,475.46 |
| 07/16/14 | {3} | STRAIGHTLINE COLLISION | DEPOSIT RETURNED | 1121-000 | -763.76 | | 3,711.70 |
| 07/17/14 | 101 | CONSILIDATED EDISON COMPANY OF NY INC. | ELECTRIC SERVICE 70-1240-3070-0001-2 | 2420-000 | | 1,045.00 | 2,666.70 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,656.70 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,646.70 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,636.70 |
| 10/01/14 | 102 | TRUSTEE INSURANCE AGENCY | INSURANCE PAYMENT 1328 & 1329 Voided on 10/01/14 | 2420-000 | | 1,170.00 | 1,466.70 |
| 10/01/14 | 102 | TRUSTEE INSURANCE AGENCY | INSURANCE PAYMENT 1328 & 1329 Voided: check issued on 10/01/14 | 2420-000 | | -1,170.00 | 2,636.70 |
| 10/01/14 | 103 | TRUSTEE INSURANCE AGENCY | INSURANCE 1328 | 2420-750 | | 585.00 | 2,051.70 |
| 10/24/14 | | KOSTER INDUSTRIES, INC | PROCEEDS FROM AUCTION SALE | | 25,443.75 | | 27,495.45 |
| | {6} | | Sale of assets at auction    10,000.00 | 1129-000 | | | 27,495.45 |
| | {5} | | Sale of Assets at auction    15,443.75 | 1129-000 | | | 27,495.45 |
| 10/28/14 | 104 | CITRON ASSOCIATES | IT SERVICES WITH RESPECT TO DINASO ACCOUNTING SERVER. INV. 46110 & 46111 | 2990-000 | | 3,590.00 | 23,905.45 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 23,895.45 |
| 11/05/14 | 105 | DAVID R. MALTZ & CO, INC. | SECURING PREMISES | 2420-000 | | 588.01 | 23,307.44 |
| 11/25/14 | 106 | CITRON ASSOCIATES | DATA RETRIEVAL | 2990-000 | | 1,480.00 | 21,827.44 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 59.96 | 21,767.48 |
| 12/02/14 | 107 | CITRON ASSOCIATES | DATA RETRIVAL INV 46156 Stopped on 02/13/15 | 2990-000 | | 1,480.00 | 20,287.48 |
| 01/12/15 | 108 | GREGORY MESSER, TRUSTEE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2014 FOR CASE #114-41264, Bond# 016027942 | 2300-000 | | 12.39 | 20,275.09 |
| 01/12/15 | 109 | KOSTER INDUSTRIES, INC | AUCTIONEER'S FEES AND EXPENSES PER | | | 9,531.25 | 10,743.84 |

Subtotals :     $29,165.45     $18,421.61

{} Asset reference(s)

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 1-14-41264-CEC  
**Case Name:** JOHN DINASO & SONS INC  
**Taxpayer ID #:** **-***6569  
**Period Ending:** 02/19/18  

**Trustee:** GREGORY M. MESSER, TRUSTEE (520670)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******9566 - Checking Account  
**Blanket Bond:** $47,747,648.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ORDER DATED 12/23/14 | | | | |
| | | KOSTER INDUSTRIES | AUCTIONEERS FEES     5,531.25 | 3610-000 | | | 10,743.84 |
| | | KOSTER INDUSTRIES | AUCTIONEER     4,000.00 EXPENES | 3620-000 | | | 10,743.84 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.24 | 10,700.60 |
| 02/13/15 | 107 | CITRON ASSOCIATES | DATA RETRIVAL INV 46156<br>Stopped: check issued on 12/02/14 | 2990-000 | | -1,480.00 | 12,180.60 |
| 03/16/15 | | INTERNATIONAL SURETIES | BOND REFUND | 2300-000 | | -2.05 | 12,182.65 |
| 08/20/15 | 110 | U.S. TRUSTEE | QUARTERLY FEES IN CHP 11 CASE<br>Stopped on 09/10/15 | 2950-000 | | 650.00 | 11,532.65 |
| 09/03/15 | {9} | AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY INC. | SETTLEMENT OF ADVERSARY PROCEEDING | 1241-000 | 37,042.50 | | 48,575.15 |
| 09/03/15 | {9} | AMERICAN EXPRESS TERAVEL RELATED SERVICES COMPANY, INC. | SETTLEMENT OF ADVERSARY PROCEEDING | 1241-000 | 17,957.50 | | 66,532.65 |
| 09/10/15 | 110 | U.S. TRUSTEE | QUARTERLY FEES IN CHP 11 CASE<br>Stopped: check issued on 08/20/15 | 2950-000 | | -650.00 | 67,182.65 |
| 09/16/15 | | From Account #******9567 | TRANSFER OF FUNDS | 9999-000 | 27,402.29 | | 94,584.94 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 129.29 | 94,455.65 |
| 10/12/15 | 111 | AMERICAN EXPRESS/DATAMARK | COPYING CHARGES PURSUANT TO SUBPOENA | 2990-000 | | 3,013.40 | 91,442.25 |
| 10/21/15 | 112 | BANK OF AMERICA-LEGAL ORDER PROCESSING | Payment for copies of banking information | 2990-000 | | 257.81 | 91,184.44 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 134.41 | 91,050.03 |
| 11/09/15 | 113 | PRECISE COURT REPORTING SERVICES, INC. | INV. 29691 & 29692 DEPOSITION TRANSCRIPTS WILLIAM EPP & LOUISE ROESLER | 2990-000 | | 2,036.90 | 89,013.13 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 126.59 | 88,886.54 |
| 12/07/15 | 114 | METRO ATTORNEY SERVICE INC. | INOVICE 14001 OUT OF STATE SERVICE | 2990-000 | | 496.00 | 88,390.54 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 142.75 | 88,247.79 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 122.37 | 88,125.42 |
| 02/01/16 | 115 | CAPSICUM GROUP, LLC | PAYMENT REFORMATING OF AMEX DATA | 2990-000 | | 8,545.80 | 79,579.62 |
| 02/17/16 | 116 | GREGORY MESSER, TRUSTEE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/17/2016 FOR CASE #114-41264, Bond # 016027942 | 2300-000 | | 65.88 | 79,513.74 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 115.63 | 79,398.11 |
| 03/04/16 | 117 | BERKLEY RESEARCH GROUP | Accountant for Trustee fees and expenses | | | 32,304.05 | 47,094.06 |

Subtotals :     $82,402.29     $46,052.07

{} Asset reference(s)  

Printed: 02/19/2018 12:28 PM     V.13.32

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 1-14-41264-CEC  
**Case Name:** JOHN DINASO & SONS INC  

**Taxpayer ID #:** **-***6569  
**Period Ending:** 02/19/18  

**Trustee:** GREGORY M. MESSER, TRUSTEE (520670)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******9566 - Checking Account  
**Blanket Bond:** $47,747,648.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | BERKLEY RESEARCH GROUP | Accountant for Trustee Fees    30,000.00 | 3410-000 | | | 47,094.06 |
| | | BERKLEY RESEARCH GROUP | Accountant for Trustee Expenses    2,304.05 | 3420-000 | | | 47,094.06 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 116.02 | 46,978.04 |
| 04/08/16 | {10} | PENNSYLVANIA LUMBERMENS GROUP | SETTLEMENT | 1249-000 | 65,000.00 | | 111,978.04 |
| 04/26/16 | 118 | LERNER, ARNOLD & WINSTON, LLP | PAYMENT OF FEES AND EXPENSES AS SPECIAL INSURANCE COUNSEL TO TRUSTEE<br>Stopped on 04/26/16 | 3210-600 | | 22,995.70 | 88,982.34 |
| 04/26/16 | 118 | LERNER, ARNOLD & WINSTON, LLP | PAYMENT OF FEES AND EXPENSES AS SPECIAL INSURANCE COUNSEL TO TRUSTEE<br>Stopped: check issued on 04/26/16 | 3210-600 | | -22,995.70 | 111,978.04 |
| 04/26/16 | 119 | LERNER ARNOLD & WINSTON | Payment pursuant to agreement dated 10/29/14 and Order dated 4/22/16 | 3991-000 | | 22,811.50 | 89,166.54 |
| 04/26/16 | 120 | AFFILIATED ADJUSTMENT GROUP, LTD. | TRUSTEE PUBLIC ADJUSTER FEES PURSUANT TO ORDER DATED 4/22/16 | 3991-400 | | 6,500.00 | 82,666.54 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 121.08 | 82,545.46 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 123.95 | 82,421.51 |
| 08/01/16 | {12} | ROBINSON BROG LEINWAND GREENE | SETTLEMENT OF CLAIM | 1249-000 | 265,000.00 | | 347,421.51 |
| 08/29/16 | 121 {12} | ESTATE OF DINASO AND SONS BUILDING SUPPLY CO, INC. | 2% APPORTIONMENT OF SETTLEMENT FUNDS DUE PURSUANT TO SETTLEMENT AGREEMENT DATED 2/29/16 114-42298 | 1249-000 | -5,300.00 | | 342,121.51 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 367.45 | 341,754.06 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 486.27 | 341,267.79 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 473.20 | 340,794.59 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 521.47 | 340,273.12 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 488.09 | 339,785.03 |
| 01/27/17 | 122 | GREGORY MESSER, TRUSTEE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/26/2017 FOR CASE #114-41264, Bond # 016027942 | 2300-000 | | 129.77 | 339,655.26 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 521.21 | 339,134.05 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 455.27 | 338,678.78 |
| 03/20/17 | 123 | NEW YORK CITY DEPARTMENT OF FINANCE | NYC-200V EIN 13-2966569 1/31/16-12/31/16 | 2820-000 | | 175.00 | 338,503.78 |

Subtotals :    $324,700.00    $33,290.28

{} Asset reference(s)    Printed: 02/19/2018 12:28 PM    V.13.32

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 1-14-41264-CEC  
**Case Name:** JOHN DINASO & SONS INC  

**Taxpayer ID #:** **-***6569  
**Period Ending:** 02/19/18  

**Trustee:** GREGORY M. MESSER, TRUSTEE (520670)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******9566 - Checking Account  
**Blanket Bond:** $47,747,648.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/20/17 | 124 | NEW YORK STATE CORPORATION TAX | 2015 CT-3-S EIN 13-2966569 | 2820-000 | | 25.00 | 338,478.78 |
| 03/20/17 | 125 | NEW YORK STATE CORPORATION TAX | 2014 CT-3-S | 2820-000 | | 25.00 | 338,453.78 |
| 03/20/17 | 126 | NEW YORK CITY DEPT OF FINANCE | NYC 2004 EIN 13-2966569 1/1/14-12-31-14 | 2820-000 | | 25.00 | 338,428.78 |
| 03/20/17 | 127 | NEW YORK CITY DEPARTMENT OF FINANCE | NYC -200V EIN 13-2966569 1/1/15-12/31/15 | 2820-000 | | 25.00 | 338,403.78 |
| 03/20/17 | 128 | NEW YORK STATE DEPARTMENT OF FINANCE | CT-200-V EIN 13-2966569 1/1/16-12/31/16 | 2820-000 | | 175.00 | 338,228.78 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 503.31 | 337,725.47 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 453.38 | 337,272.09 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 533.62 | 336,738.47 |
| 09/21/17 | {13} | ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK, PC. | PAYMENT OF SETTLEMENT PROCEEDS | 1249-000 | 3,500.00 | | 340,238.47 |
| 11/14/17 | 129 | UNITED STATES TRUSTEE | Dividend paid 100.00% on $325.00, U.S. Trustee Quarterly Fees; Reference: | 2950-000 | | 325.00 | 339,913.47 |
| 11/14/17 | 130 | New York State Department of Taxation & Finance | Final Distribution Dividend paid 100.00% on $533,783.05; Claim# 2P-4; Filed: $533,783.05 | 5800-000 | | 35,788.67 | 304,124.80 |
| 11/14/17 | 131 | INTERNAL REVENUE SERVICE | Final Distribution Dividend paid 100.00% on $1.92; Claim# 11P; Filed: $1.92 | 5800-000 | | 0.13 | 304,124.67 |
| 11/14/17 | 132 | New York State Department of Finance | Final Distribution Dividend paid 100.00% on $62,531.09; Claim# 27; Filed: $62,531.09 | 5800-000 | | 4,192.53 | 299,932.14 |
| 11/14/17 | 133 | New York State Department of Taxation & Finance | Final Distribution Dividend paid 100.00% on $278.53; Claim# 43; Filed: $278.53 | 5800-000 | | 18.67 | 299,913.47 |
| 11/14/17 | 134 | ROBINSON BROG LEINWAND GREENE ET AL | Dividend paid 85.99% on $309,229.00, Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 | | 214,273.05 | 85,640.42 |
| 11/14/17 | 135 | ROBINSON BROG LEINWAND GREENE ET AL | Dividend paid 85.99% on $15,430.93, Attorney for Trustee Expenses (Other Firm); Reference: | 3220-000 | | 9,822.11 | 75,818.31 |
| 11/14/17 | 136 | BERKLEY RESEARCH GROUP | Dividend paid 85.99% on $108,000.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 62,874.45 | 12,943.86 |
| 11/14/17 | 137 | GREGORY M. MESSER | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 12,943.86 | 0.00 |
| | | | Dividend paid 85.99%    12,876.58 | 2100-000 | | | 0.00 |

Subtotals :            $3,500.00        $342,003.78

{} Asset reference(s)                                                                                           Printed: 02/19/2018 12:28 PM    V.13.32

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 5

**Case Number:** 1-14-41264-CEC  
**Case Name:** JOHN DINASO & SONS INC  

**Taxpayer ID #:** **-***6569  
**Period Ending:** 02/19/18  

**Trustee:** GREGORY M. MESSER,TRUSTEE (520670)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******9566 - Checking Account  
**Blanket Bond:** $47,747,648.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | on $61,031.43;  Claim# ;<br>Filed: $77,672.19 | | | | |
| | | | Dividend paid  85.99%                67.28<br>on $158.95;  Claim# ;<br>Filed: $158.95 | 2200-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | **439,767.74** | **439,767.74** | **$0.00** |
| | | | Less: Bank Transfers | | 27,402.29 | 0.00 | |
| | | | **Subtotal** | | **412,365.45** | **439,767.74** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$412,365.45** | **$439,767.74** | |

{} Asset reference(s)  

Printed: 02/19/2018 12:28 PM     V.13.32

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 1-14-41264-CEC  
**Case Name:** JOHN DINASO & SONS INC  

**Taxpayer ID #:** **-***6569  
**Period Ending:** 02/19/18  

**Trustee:** GREGORY M. MESSER, TRUSTEE (520670)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******9567 - Checking Account  
**Blanket Bond:** $47,747,648.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/05/14 | {1} | Robinson Brog Leinwand Greene / Wells Fargo | Deposit on Sale of real property | 1110-000 | 100,000.00 | | 100,000.00 |
| 12/22/14 | {1} | SAVOY REALTY | BALANCE ON SALE OF PROPERTY | 1110-000 | 1,300,603.50 | | 1,400,603.50 |
| 12/22/14 | 101 | ALR ABSTRACT SERVICES, LLC | CLOSING COSTS | 2500-000 | | 49,150.00 | 1,351,453.50 |
| 12/29/14 | 102 | SANTANDER BANK | MORTGAGE PAY OFF | 4110-000 | | 1,185,493.13 | 165,960.37 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 473.40 | 165,486.97 |
| 01/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | -473.40 | 165,960.37 |
| 02/06/15 | {1} | ALR ABSTRACT SERVICES, LLC | REFUND OF BALANCE OF ESCROW HELD AT CLOSING | 1110-000 | 234.16 | | 166,194.53 |
| 02/06/15 | {3} | KEN PARADISE CONSTRUCTION INC. | ACCOUNTS RECEIVABLE | 1121-000 | 870.03 | | 167,064.56 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 224.23 | 166,840.33 |
| 03/17/15 | 103 | RON RAIMONDO | FEE AND EXPENSE AWARD PURSUANT TO ORDER DATED 3/17/15 | | | 44,185.00 | 122,655.33 |
| | | RON RAIMONDO | REAL ESTATE BROKER FEES           42,000.00 | 3510-000 | | | 122,655.33 |
| | | RON RAIMONDO | REAL ESTATE BROKER'S EXPENSES     2,185.00 | 3520-000 | | | 122,655.33 |
| 03/17/15 | 104 | ROBINSON BROG LEINWAND GREEN GENOVESE & GLUCK, P.C. | FIRST INTERIM FEE AND EXPENSE AWARD PURSUANT TO ORDER DATED 3/17/15 | | | 55,095.70 | 67,559.63 |
| | | ROBINSON BROG LEINWAND GREENE ET AL | COUNSEL TO TRUSTEE INTERIM FEES   51,648.00 | 3210-000 | | | 67,559.63 |
| | | ROBINSON BROG LEINWAND GREENE ET AL | COUNSEL TO THE TRUSTEE EXPENSES   3,447.70 | 3220-000 | | | 67,559.63 |
| 03/17/15 | 105 | GREGORY MESSER TRUSTEE | TRUSTEE INTERIM COMMISSIONS AND EXPENSES PURSUANT TO ORDER DATED 3/17/15 | | | 39,676.72 | 27,882.91 |
| | | GREGORY M. MESSER | TRUSTEE INTERIM COMMISSIONS      39,607.31 | 2100-000 | | | 27,882.91 |
| | | GREGORY M. MESSER | TRUSTEE INTERIM EXPENSES         69.41 | 2200-000 | | | 27,882.91 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 192.81 | 27,690.10 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 57.35 | 27,632.75 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 55.35 | 27,577.40 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 61.00 | 27,516.40 |

Subtotals :     $1,401,707.69     $1,374,191.29

{} Asset reference(s)         Printed: 02/19/2018 12:28 PM     V.13.32

Case 1-14-41264-cec    Doc 174    Filed 03/06/18    Entered 03/06/18 17:42:11

Exhibit 9

Page: 7

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 1-14-41264-CEC  
**Case Name:** JOHN DINASO & SONS INC  

**Taxpayer ID #:** **-***6569  
**Period Ending:** 02/19/18  

**Trustee:** GREGORY M. MESSER, TRUSTEE (520670)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******9567 - Checking Account  
**Blanket Bond:** $47,747,648.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 59.00 | 27,457.40 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 55.11 | 27,402.29 |
| 09/16/15 | | To Account #******9566 | TRANSFER OF FUNDS | 9999-000 | | 27,402.29 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **1,401,707.69** | **1,401,707.69** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 27,402.29 | |
| | | | **Subtotal** | | **1,401,707.69** | **1,374,305.40** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1,401,707.69** | **$1,374,305.40** | |

Case 1-14-41264-cec    Doc 174    Filed 03/06/18    Entered 03/06/18 17:42:11

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 8

**Case Number:** 1-14-41264-CEC  
**Case Name:** JOHN DINASO & SONS INC  

**Taxpayer ID #:** **-***6569  
**Period Ending:** 02/19/18  

**Trustee:** GREGORY M. MESSER,TRUSTEE (520670)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******9568 - Checking Account-Hampton  
**Blanket Bond:** $47,747,648.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $0.00 | |

Net Receipts :           1,814,073.14  
_____  
Net Estate :           $1,814,073.14

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******9566** | 412,365.45 | 439,767.74 | 0.00 |
| **Checking # ******9567** | 1,401,707.69 | 1,374,305.40 | 0.00 |
| **Checking # ******9568** | 0.00 | 0.00 | 0.00 |
| | $1,814,073.14 | $1,814,073.14 | $0.00 |

{} Asset reference(s)                                                                                                      Printed: 02/19/2018 12:28 PM     V.13.32